1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11  ARGONAUT MANUFACTURING
    SERVICES, INC.,
12
                                    Plaintiff,
13
    v.
14
    DNANUDGE LIMITED,
15
                                    Defendant.
16

Case No.:  21-CV-1099-MMA-WVG

**ORDER ON JOINT MOTION TO EXTEND THE 30-DAY DEADLINE TO RAISE DISCOVERY DISPUTES**

17

18      On March 4, 2022, the Parties filed a Joint Motion to Extend the 30-Day Deadline

19  to Raise Discovery Disputes ("Joint Motion"). (Doc. No. 15.) The Parties represent they

20  "are now working together toward a quick and complete resolution" of this litigation and

21  thus seek a 30-day continuance to raise certain discovery disputes to the Court. (*Id*., 2:17-

22  19.) Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Court finds good

23  cause supports the Parties' request for a continuance and GRANTS the Joint Motion on

24  such basis. The Parties shall raise any remaining disputes concerning DnaNudge Limited's

25  ("DnaNudge") responses to Argonaut Manufacturing Services, Inc.'s ("Argonaut") First

26  Set of Requests for Production of Documents and First Set of Interrogatories **no later than**

27  **April 8, 2022** and Argonaut's responses to DnaNudge's First Set of Requests for

28  / / /

Production of Documents **no later than April 16, 2022**.

**IT IS SO ORDERED.**

DATED: March 4, 2022

Hon. William V. Gallo
United States Magistrate Judge

21-CV-1099-MMA-WVG