UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARGONAUT MANUFACTURING SERVICES, INC.,<br><br>                              Plaintiff,<br><br>v.<br><br>DNANUDGE LIMITED,<br><br>                              Defendant. | Case No.:  21-CV-1099-MMA-WVG<br><br>**ORDER ON JOINT MOTION TO CONTINUE DEADLINE TO RAISE DISCOVERY DISPUTES** |

Pending before the Court is the Parties' Joint Motion to Extend the 30-Day Deadline to Raise Discovery Disputes ("Joint Motion"). (Doc. No. 17.) The Parties move the Court to extend their deadline to jointly raise discovery disputes arising from their respective written discovery responses, which the Parties timely produced consistent with the Court's March 4, 2022 Order granting the Parties' first request for such continuance. (Doc. Nos. 15, 16.) Specifically, Defendant produced its responses to Plaintiff's First Sets of Requests for Production of Documents and Interrogatories on February 7, 2022. Plaintiff produced its responses to Defendant's First Set of Requests for Production of Documents on February 14, 2022. The Parties aver their ongoing settlement efforts have been productive and they "are in the process of finalizing terms and believe this matter will be fully and

completely resolved by mid-April." (Doc. No. 17, 2:19-27.) The Parties add they are unlikely to reach settlement prior to the existing April 8, 2022 and April 16, 2022 deadlines to raise any discovery disputes arising from the Parties' exchanged written discovery. Having considered the Joint Motion and the Parties' representations that they are on the cusp of settlement, the Court finds good cause exists to support a second continuance of the 30-day deadline to notify Chambers of the aforementioned discovery disputes. Accordingly, the Court respectfully CONTINUES the April 8, 2022 and April 16, 2022 deadlines to raise these disputes to April 29, 2022 and May 6, 2022.

**IT IS SO ORDERED.**

DATED: April 6, 2022

_____
Hon. William V. Gallo
United States Magistrate Judge