# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARGONAUT MANUFACTURING SERVICES, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DNANUDGE LIMITED,<br><br>　　　　　　　　　　Defendant. | Case No.: 21-cv-1099-MMA (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Doc. No. 19] |
| DNANUDGE LIMITED,<br><br>　　　　　　　　　　Counter Claimant,<br><br>v.<br><br>ARGONAUT MANUFACTURING SERVICES, INC.,<br><br>　　　　　　　　　　Counter Defendant. | |

　　　On April 25, 2022, Plaintiff Argonaut Manufacturing Services, Inc. ("Plaintiff") and Defendant DnaNudge Limited ("Defendant") filed a joint motion to dismiss the action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 19. Upon due consideration, good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** the action **with prejudice** in

its entirety.  Each party shall bear its own attorneys' fees and costs.  The Court **DIRECTS** the Clerk of Court to terminate this action.

      **IT IS SO ORDERED**.

Dated: April 25, 2022

                                              HON. MICHAEL M. ANELLO

                                              United States District Judge